IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHALA CROWE,

        Plaintiff,        Case No. 3:21-cv-00825

v.        Judge Crenshaw
        Magistrate Judge Frensley

        JURY DEMAND

RUTHERFORD COUNTY

        Defendant.
_____/

## JOINT CASE RESOLUTION STATUS REPORT

Pursuant to the Initial Case Management Order (ECF 14), counsel for both parties conferred regarding case resolution in this matter. Plaintiff has submitted an initial demand for settlement to Defendant. Counsel for the parties had a substantive conference regarding settlement and mediation and conferred in good faith to attempt to resolve the case. The parties have discussed whether any attempts of alternative dispute resolution (ADR) would be beneficial at this time. Both parties are interested in continuing discovery, however, the parties will continue to discuss participating in mediation either prior to or shortly after the close of discovery. The parties will notify the Court if they request the Court's assistance as it relates to ADR.

        Respectfully submitted,

        /s Anne Bennett Hunter
        **HUNTER LAW FIRM**
        Anne Bennett Hunter BPR # 022407
        101 Creekside Xing, Suite 1700-307
        Brentwood, TN 37027
        615.592-2977

anne@hunteremploymentlaw.com
*Attorneys for Plaintiff*

/s D. Randall Mantooth
Nick C. Christiansen # 030103
D. Randall Mantooth # 013875
16 Public Square North
Murfreesboro, Tennessee 37130
(615) 893-5522
nchristiansen@mborolaw.com
rmantooth@mborolaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 20, 2022 a true and correct copy of the foregoing has been served via the U.S. District Court Electronic Filing System and via email to counsel of record.

Nick C. Christiansen
D. Randall Mantooth
16 Public Square North
Murfreesboro, Tennessee 37130
(615) 893-5522
nchristiansen@mborolaw.com
rmantooth@mborolaw.com
*Attorneys for Defendant*


Ashley Walter
Heather Moore Collins
HMC Civil Rights Law, PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
ashley@hmccivilrights.com


*/s Anne Bennett Hunter*
Anne Bennett Hunter