UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MICHALA CROWE, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00825 |
| RUTHERFORD COUNTY, | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 27) recommends that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) and Local Rule 41.01(b). It appears that Michala Crowe has received multiple notices that her case was subject to dismissal, but she has not responded. Likewise, she has not filed any objection to the R&R.

The Court has reviewed the R&R de novo and agrees with the R&R. The Magistrate Judge's Report and Recommendation (Doc. No. 27) is **APPROVED** and **ADOPTED.** This action is **DISMISSSED WITHOUT PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and closes the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE